UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PREMIUM CAPITAL FUNDING, LLC, A New York Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>AR HOME LOANS, INC., a California corporation, TIMOTHY BARRON, an individual, and AMERICAN MUTUAL FINANCIAL SERVICES, a California corporation,<br><br>Defendants. | CASE NO.: **2:07-cv-01185-LKK-EFB**<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO EXTEND TIME TO SERVE DEFENDANT BRANDON THORNGON** |

This matter came before the Court upon the Application for Leave to Extend Time to Serve Defendant Brandon Thornton filed by plaintiff Premium Capital Funding, LLC. Being duly advised, the Court now grants such Application and ORDERS that the deadline in which to serve Defendant Brandon Thornton is extended to February 22, 2008.

IT IS FURTHER ORDERED that the deadline to complete discovery is extended to July 29, 2008.

DATED: February 11, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-