UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PREMIUM CAPITAL FUNDING,
LLC, A New York Limited
Liability Company,

              NO. CIV. 07-01185 LKK/EFB

    Plaintiff,

  v.                                         ORDER

AR HOME LOANS, INC., a
California corporation,
TIMOTHY BARRON, an
individual, BRANDON THORNTON,
an individual, and AMERICAN
MUTUAL FINANCIAL SERVICES, a
California corporation,

    Defendants.
_____/

On February 13, 2008, a telephonic status conference was held with attorneys Ryan Thomas and James J. Lynch, Jr. At that conference, the court ORDERED as follows:

    1.   The law and motion cut off date is continued to October 29, 2008.

    2.   The pretrial conference is continued to January 26, 2009 at 2:30 p.m.

1

1        3.   The jury trial is continued to April 28, 2009 at 10:00
2   a.m.
3        IT IS SO ORDERED.
4        DATED:  February 14, 2008.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```