UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PREMIUM CAPITAL FUNDING,
LLC, A New York Limited
Liability Company,

        Plaintiff,

  v.

AR HOME LOANS, INC., a
California corporation,
TIMOTHY BARRON, an
individual, and AMERICAN
MUTUAL FINANCIAL SERVICES,
a California corporation,

        Defendants.
                                  /

NO. CIV. S-07-1185 LKK/EFB

O R D E R

Pending before the court is defendant Thornton's request for hearing. Defendant Thornton appears to have been served in this case sometime between February and April 2008.[1] He therefore has not participated in any of the status or scheduling conferences that occurred prior to that time.

---

[1] Plaintiffs represent that they served him on February 25, 2008; defendant Thornton stated that he was not served until April 3, 2008.

1

1  Accordingly, plaintiff is ORDERED to serve on defendant Thornton
2  the court's October 31, 2007 and February 14, 2008 scheduling
3  orders and plaintiff's First Amended Complaint no later than ten
4  (10) days from the date of this order.
5       IT IS SO ORDERED.
6       DATED:  July 23, 2008.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2