UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PREMIUM CAPITAL FUNDING, LLC, A New York Limited Liability Company,

        Plaintiff,

   v.

AR HOME LOANS, INC., a California corporation, TIMOTHY BARRON, an individual, and AMERICAN MUTUAL FINANCIAL SERVICES, a California corporation,

        Defendants.
_____/

NO. CIV. S-07-1185 LKK/EFB

O R D E R

    Pending before the court is defendant's motion for reconsideration, noticed to be heard on December 8, 2008. The court does not believe oral argument will be useful on this motion and accordingly VACATES the hearing.

    IT IS SO ORDERED.

    DATED: November 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT